UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
CHARLES PHILLIPS, ALFRED J. VENT, each
individually as residents and as area representatives
in Prospect Park, and JAY WEINBERGER, as
resident of Prospect Park,

                        Plaintiffs,

        -against-                                      19 **CIVIL** 5113 (NSR)

## JUDGMENT

KERRY A. DELANEY, individually and as
Acting Commissioner of the Office for Persons
With Developmental Disabilities; OFFICE OF
PERSONS WITH DEVELOPMENTAL
DISABILITIES; STANLEY SILVERSTEIN,
individually and as Director of the Institutes of
Applied Human Dynamics; INSTITUTES OF
APPLIED HUMAN DYNAMICS; MARY T.
ST. MARKS, as President of the Board of
Directors for Institutes of Applied Human
Dynamics; THOMAS ROACH, individually and
as Mayor of the City of White Plains, New York;
and as the CITY OF WHITE PLAINS, NEW
YORK,

                        Defendants.
---------------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated October 2, 2020, Defendants' motions to dismiss the Amended Complaint are GRANTED, and the motion for sanctions filed by Defendants City of White Plains and Thomas Roach is DENIED without prejudice. Plaintiffs' public and private nuisance claims are dismissed without prejudice for lack of subject matter jurisdiction. All other claims are dismissed with prejudice; accordingly, this case is closed.

**Dated:**  New York, New York

       October 5, 2020

                                              **RUBY J. KRAJICK**

                                                Clerk of Court

                    **BY:**

                                                **Deputy Clerk**